UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN LAUREANO,

                Plaintiff,

v.

STAR FITNESS U.S.A. LLC and SDC FERRIS ASSOCIATES LLC,

                Defendants.

**ORDER**

21 Civ. 8346 (ER)

RAMOS, D.J.

    On October 8, 2021, John Laureano brought this action against Star Fitness U.S.A. LLC ("Star Fitness") and SDC Ferris Associates LLC ("SDC Ferris"). Star Fitness and SDC Ferris were served on October 29, 2021. Docs. 7–8. To date, neither defendant has appeared in this action nor responded to the Complaint.

    Laureano is therefore directed to submit a status report regarding the case by **April 12, 2022.** Failure to comply with Court orders may result in sanctions, including dismissal for failure to prosecute pursuant to Fed. R. Civ. P. 41(b).

    It is SO ORDERED.

Dated: April 5, 2022
       New York, New York

                                                    Edgardo Ramos, U.S.D.J.